**RECEIVED**
CHARLOTTE, N.C.

JUN 02 2005

Clerk, U.S. Dist. Court
W. Dist. of N.C.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| BONNIE BLOUNT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL NO. 3:05CV149 |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) ) |
| Defendant. | ) |

## ORDER OF REMAND
## PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g)

The United States of America, by counsel, has moved this Court, pursuant to sentence six of 42 U.S.C. § 405(g), to enter an order remanding this case to the Commissioner for further administrative proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89, 101 n.2 (1991); *Shalala v. Schaefer*, 113 S.Ct. 2625, 2629 n.2. (1993). The Commissioner requests voluntary remand of the claim and it appears that the plaintiff's counsel has consented to remand.. Therefore, good cause exists to support this request for remand.

IT IS ORDERED that, pursuant to sentence six of 42 U.S.C. § 405(g), this case is remanded to the defendant Commissioner for reconstruction of the file, a new hearing and a new decision. No judgment shall be entered in this matter at this time.

This the 3rd day of June, 2005.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE